**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZURI S. YOUNG, | NO. CV 08-4631-AHM (E) |
|            Petitioner, | |
|   v. | JUDGMENT |
| ROBERT A. HOREL, Warden, | |
|            Respondent. | |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 22, 2008

                                  _____
                                  A. HOWARD MATZ
                                  UNITED STATES DISTRICT JUDGE